IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ANAISSA B. GERWALD, ) | |
| ) | |
| Petitioner, ) | CIVIL ACTION NO.: CV214-064 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and JEFFREY BUERSTATTE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Presently before the Court is Petitioner Anaissa Gerwald's ("Gerwald") Motion for Default Judgment. Gerwald asserts that the Respondents did not respond to a summons, and the appropriate relief to grant is a default judgment. A review of the docket of this case reveals that Respondents were not directed to file a responsive pleading to Gerwald's 28 U.S.C. § 2241 petition. Instead, the Magistrate Judge entered a Report wherein he recommended that Gerwald's petition be dismissed. (Doc. No. 10). The undersigned adopted this recommendation, to which Gerwald failed to object, by Order dated September 30, 2014, and dismissed Gerwald's cause of action. (Doc. Nos. 12, 13).

Contrary to Gerwald's assertion, she is not entitled to the entry of default against the United States of America or Assistant United States Attorney Jeffrey Buerstatte. The entry of a "default judgment is not contemplated in habeas corpus cases[.]" Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir. 1987). Gerwald's Motion for Default Judgment, (doc. no. 14), is **DENIED**. The undersigned's Order dated September 30, 2014, shall remain the Order of this Court. This case remains closed.

**SO ORDERED**, this 21 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA